IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:87-CV-1238 |
| TOWN OF KINSEY, ) | |
| ) | |
| Defendant. ) | |

## ADDITIONAL ENTRY OF APPEARANCE

COMES NOW the undersigned, and enters his appearance as an additional attorney on behalf of The Town of Kinsey, a defendant in this action.

RESPECTFULLY SUBMITTED this 17th day of August, 2006.

H. Samuel Prim III (PRI064)
Attorney for Town of Kinsey
Prim Freeman, & Mendheim, LLC
Post Office Box 2147
Dothan, AL 36302-2147

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has this 17th day of August, 2006, been furnished by United States Mail to the following:

James U. Blacksher, Esq.
P.O. Box 636
Birmingham, AL 35201-0636

Edward Still
2112 11th Avenue South
Suite 201
Birmingham, AL 35205

David Boyd
Dorman Walker
P. O. Box 78
Montgomery, AL 36101

Norman J. Chachkin, Esq.
NAACP Legal Defense & Ed. Fund, Inc.
99 Hudson Street, 16th Floor
New York, NY 10013

John J. Park, Jr., Esq.
State of Alabama
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

Gary Sherrer, Esq.
Sherrer, Jones, & Terry
335 West Main Street
Dothan, AL 36301

_____
OF COUNSEL