IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 2:87-CV-1238 |
| TOWN OF KINSEY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

Pursuant to Order No. 689 (Aug. 21, 2006), in *Dillard v. Crenshaw County*, the undersigned hereby gives notice of the filing of a proposed Consent Final Judgment, a copy of which in PDF format is attached hereto as Exhibit 1. Liaison counsel states further that an electronic copy in Word or Word Perfect format will be transmitted to the court as an attachment to an e-mail message.

Respectfully submitted,

TROY KING (KIN047)
ATTORNEY GENERAL
BY:

s/ John J. Park, Jr.
John J. Park, Jr. Bar Number: (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 353-8440
E-mail:  jpark@ago.state.al.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James U. Blacksher
jblacksher@ns.sympatico.ca

David R. Boyd
dboyd@balch.com

Edward Still
still@votelaw.com

Norman J. Chachkin
nchachkin@naacpldf.org

and that a true and correct copy of the foregoing has been furnished by United States Mail to the following:

| | |
|---|---|
| Gary Sherrer, Esq. | H. Samuel Prim, Esq. |
| Sherrer, Jones & Terry | Prim, Freeman & Mendheim |
| 335 West Main Street | Post Office Box 2147 |
| Dothan, AL 36301 | Dothan, AL 36302-2147 |

                                       **s/ John J. Park, Jr.**
                                       John J. Park, Jr. Bar Number: PAR041
                                       Assistant Attorney General
                                       Office of the Attorney General
                                       11 S. Union Street
                                       Montgomery, AL 36130-0152
                                       Telephone: (334) 242-7300/Fax: (334) 353-8440
                                       E-mail: jpark@ago.state.al.us