IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:87-CV-1238 |
| ) | |
| TOWN OF KINSEY, ) | |
| ) | |
| Defendant. ) | |

**CONSENT FINAL JUDGMENT**

There being no objection to defendant Town of Kinsey's motion for final dismissal of this action filed August 22, 2006 (Doc. No. 3); and Alabama Act No. 2006-252 having received § 5 preclearance, it is the ORDER, JUDGMENT, and DECREE of the Court as follows:

(1) Said motion is granted.

(2) It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the Consent Decree and Order of this court entered May 19, 1988, providing that the Town Council of the Town of Kinsey shall be composed of seven members elected at large, without designated or numbered places, with the seven

candidates receiving the most votes being elected and each voter casting only one vote.

(3) The injunction contained in the prior judgment of this court to the extent it pertains to defendant Town of Kinsey is dissolved.

(4) All claims against the defendant Town of Kinsey in this action are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this \_\_\_\_ day of August, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**